UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Case No.: 3:10-BK-10138-JAF

GARY STONE WATKINS,
LAKANA TAN WATKINS,

 Debtors.
_____ /

GORDON P. JONES, CHAPTER 7
TRUSTEE,

Adv. Pro. No. _____

 Plaintiff,

v.

SHEROLD CLAUDE WATKINS, JOHN
WAYNE WATKINS AND TERRY
MICHAEL WATKINS,

 Defendants.
_____ /

**COMPLAINT TO SELL FREE AND CLEAR
OF ALL LIENS PURSUANT TO 11 U.S.C. § 363**

Plaintiff, Gordon P. Jones, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Gary Stone Watkins and Lakana Tan Watkins (the "Debtors"), sues Defendants, Claude Watkins, John Wayne Watkins and Terry Michael Watkins (collectively, the "Defendants"), and says:

**General Allegations**

1. On November 20, 2010 (the "Petition Date"), the Debtors filed a voluntary petition for relief (the "Petition") under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Florida,

{21968099;1}

Jacksonville Division (the "Bankruptcy Court") in the case styled as *In re Gary Stone Watkins and Lakana Tan Watkins*, Case No. 3:10-bk-10138-JAF (the "Bankruptcy Case").

2. On November 22, 2010, the Trustee was appointed as Chapter 7 Trustee in the Bankruptcy Case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

4. This is a core proceeding under 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. § 1409(a).

5. The Debtors indicated on Schedule A of their bankruptcy schedules that Gary Stone Watkins ("G. Watkins") owned a one-fourth interest in real property in Nassau County, Florida which is more fully described as follows:

> Lot Three (3), Block "H", Unit Two (2), OAK GROVE, according to the plat recorded in Plat Book 2, page 60, of the public records of Nassau County, Florida

(the "Property").

6. The Debtors indicated on Schedule A of their bankruptcy schedules that the Property is jointly owned with the Defendants.

7. G. Watkins and the Defendants acquired title to the Property pursuant to the Warranty Deed dated May 22, 2001, from Claude M. Watkins and Jewel S. Watkins to Gary Stone Watkins, Sherold Claude Watkins, John Wayne Watkins, and Terry Michael Watkins, and recorded in Official Records Book 987, Page 1610 of the Public Records of Nassau County, Florida. A true and correct copy of the recorded version of the Warranty Deed is attached hereto as **Exhibit "A"** and incorporated herein by reference.

8. On January 28, 2011, the Trustee recorded a Notice of Interest in the Property in Official Records Book 1722, Page of the Public Records of Nassau County, Florida. A true and

correct copy of the recorded version of the Notice of Interest in Property is attached hereto as **Exhibit "B"** and incorporated herein by reference.

9. The Nassau County Property Appraiser assessed the Property at $27,112. A true and correct copy of the Nassau County Property Appraiser's 2011 Current Property Value is attached hereto as **Exhibit "C"** and incorporated herein by reference.

10. The Property, if sold in its entirety, is believed to have a value in excess of $30,000.

11. The sale of the estate's interest as one-fourth owner of the Property would realize significantly less for the estate than the sale of the Property free and clear of the interest of the Defendants.

12. Any partition in kind of the Property between the estate and the Defendants is impracticable.

13. Sale of the estate's undivided interest in the Property would realize significantly less for the estate than sale of the Property free of the Defendants' interest.

14. The benefit of the estate from the sale of the Property free and clear of the interest of the Defendants outweighs the detriment, if any, to the Defendants.

15. The Property is not being used in the production, transmission or distribution of electrical energy or of natural synthetic gas for heat.

16. By virtue of the foregoing, the Trustee should be authorized to sell the Property free and clear of the interests of the Defendants pursuant to 11 U.S.C. § 363(h).

WHEREFORE, the Trustee requests that the Court enter a judgment authorizing the sale of the Property free and clear of the interests of the Defendants pursuant to 11 U.S.C. § 363(h), authorizing the Trustee to pay one-fourth of the equity resulting from the sale of the Property to

each of the Defendants, less the costs and expenses in accomplishing such sale, but not including any compensation of the Trustee, and for such other and further relief as is just and proper.

Dated: October 20, 2011.                    Respectfully submitted,

                                          AKERMAN SENTERFITT

                                          By:/s/Jacob A. Brown
                                              Jacob A. Brown
                                              Florida Bar No.: 0170038
                                              Email: jacob.brown@akerman.com
                                              Katherine C. Fackler
                                              Florida Bar No.: 0068549
                                              Email: katherine.fackler@akerman.com
                                              50 North Laura Street, Suite 3100
                                              Jacksonville, FL  32202
                                              Telephone:  (904) 798-3700
                                              Facsimile:  (904) 798-3730

                                          ATTORNEYS FOR GORDON P. JONES,
                                          CHAPTER 7 TRUSTEE

# Exhibit A

Property Appraiser
Identification No.

00-00-30-042C-000H-0030

Grantee's Tax
Identification No.
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; 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;
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; 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,
respectively

```
Doc# 200114637
Book: 987
Pages: 1610 - 1612
Filed & Recorded
   05/23/2001  08:25:00 AM
J. M. OXLEY JR
CLERK OF CIRCUIT COURT
NASSAU COUNTY, FLORIDA
DEED DOC STAMP     $    0.70
RECORDING          $   13.00
TRUST FUND         $    2.00
```

## WARRANTY DEED

THIS WARRANTY DEED is made this 22 day of May, 2001, between Claude M. Watkins and Jewel S. Watkins, his wife, (the "Grantor"), whose mailing address is 1952 Oak Drive, Fernandina Beach, Florida 32034 and Gary Stone Watkins, a married man, Sherold Claude Watkins, a married man, John Wayne Watkins, a married man and Terry Michael Watkins, a single man (collectively, the "Grantee"), as joint tenants in common without right of survivorship, whose mailing address is 1918 Sterling Lane, Fernandina Beach, Florida 32034.

### WITNESSETH

That Grantor, for and in consideration of Love and Affection, does hereby grant, bargain, sell, alien, remise, release, convey and confirm unto Grantees the following real property (the "Property") lying and being in Nassau County, Florida, and more particularly described as follows:

> Lot Three (3), Block "H", Unit Two (2), OAK GROVE, according to plat recorded in Plat Book 2, page 60, of the public records of Nassau County, Florida.

SUBJECT TO:

1. All easements, conditions, covenants, restrictions, reservations, limitations and agreements of record, provided that this instrument shall not reimpose the same.

2. Real estate taxes for the year 2000 and all subsequent years.

3. Existing applicable governmental building and zoning ordinances and other governmental regulations.

**GRANTORS HEREBY RESERVE UNTO THEMSELVES AND THE SURVIVOR OF THEM A LIFE ESTATE IN AFOREMENTIONED DESCRIBED PROPERTY FOR THEIR BENEFIT AND ENJOYMENT DURING THEIR LIFETIME.**

**THE GRANTEES ARE THE NATURAL BORN CHILDREN OF THE GRANTORS.**

TOGETHER with all the tenements, hereditaments and appurtenances belonging or in any way appertaining to the Property.

TO HAVE AND TO HOLD the same in fee simple forever.

AND GRANTOR hereby covenants with Grantee that Grantor is lawfully seized of the Property in fee simple; that Grantor has

This document prepared by:

Calvin E. Hayden, Esq.
Suite B
1551 South 14th Street
Fernandina Beach, Florida 32034

Record and return to:

Calvin E. Hayden, Esq.
Suite B
1551 South 14th Street
Fernandina Bch, Fl 32034

good right and lawful authority to sell and convey the Property; and that Grantor does hereby fully warrant the title to the Property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, but against none other.

    IN WITNESS WHEREOF, Grantors have caused this Warranty Deed to be executed on the day and year first above written.

Witnesses:

_____       _____
Signature                                        CLAUDE M. WATKINS

V. James Facciolo
Printed Name

_____
Signature

Elizabeth W. Benton
Printed Name


Witnesses:

_____       _____
Signature                                        JEWEL S. WATKINS

V. James Facciolo
Printed Name

_____
Signature

Elizabeth W. Benton
Printed Name

STATE OF FLORIDA      )

COUNTY OF NASSAU      )

The foregoing instrument was acknowledged before me this 22 day of May, 2001, by Claude M. Watkins, who is personally known to me or who has produced a Florida Drivers License as identification.



Notary Public, State of Florida

Name: Elizabeth W. Benton

My Commission Expires:

My Commission Number is:


STATE OF FLORIDA      )

COUNTY OF NASSAU      )

The foregoing instrument was acknowledged before me this 22 day of May, 2001, by Jewel S. Watkins, who is personally known to me or who has produced a Florida Drivers License as identification.



Notary Public, State of Florida

Name: Elizabeth W. Benton

My Commission Expires:

My Commission Number is:

# Exhibit B

INSTR # 201102381, Book 1722, Page 79, Doc Type UNK, Pages 2, Recorded
01/28/2011 at 02:32 PM, John A Crawford, Nassau County Clerk of Circuit Court,
Rec. Fee $18.50

Case 3:11-ap-00623-JAF    Doc 1    Filed 10/20/11    Page 10 of 14

This document prepared by:
Gordon P. Jones, Trustee
Post Office Box 600459
Jacksonville, FL 32260-0459

## NOTICE OF BANKRUPTCY TRUSTEE'S INTEREST IN REAL PROPERTY

Gordon P. Jones, as trustee for the Bankruptcy Estate of **Gary Stone Watkins and Lakana Tan Watkins**, Case Number 10-10138-3F7, now pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, and gives notice that the Bankruptcy Estate claims an interest in, pursuant to 11 U.S.C. §541, and provides notice to prospective purchasers of, pursuant to 11 U.S.C. §549, the following described property located in Nassau County, Florida, and more particularly described as:

> Lot Three (3), Block "H", Unit Two (2), OAK GROVE, according to plat recorded in Plat Book 2, page 60, of the public records of Nassau County, Florida.

Street address: 1952 Oak Drive, Fernandina Beach, Florida 32034
Parcel #: 00 00 30 042c 00h 0030

Attached is a copy of the Notice of Commencement.

_____
Gordon P. Jones
Florida Bar No.: 829439
Post Office Box 600459
Jacksonville, FL 32260-0459
(904) 262-7373
Trustee

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 26 day of January, 2011 by Gordon P. Jones, as Trustee of the Bankruptcy Estate of **Gary Stone Watkins and Lakana Tan Watkins**, who is personally known to me.

Nancy Crews
NOTARY PUBLIC
[SEAL]

NANCY CREWS
MY COMMISSION # EE 012566
EXPIRES: November 4, 2014
Bonded Thru Notary Public Underwriters

Case 3:10-bk-10138-JAF   Doc 7   Filed 11/24/10   Page 1 of 3

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)   Case Number 3:10-bk-10138-JAF

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 20, 2010.
You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Gary Stone Watkins<br>1918 Sterling Lane<br>Fernandina Beach, FL 32034 | Lakana Tan Watkins<br>1918 Sterling Lane<br>Fernandina Beach, FL 32034 |
| Case Number:<br>3:10-bk-10138-JAF | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-7518<br>xxx-xx-7857 |
| Attorney for Debtor(s) (name and address):<br>John J Freeman<br>LaBella Law<br>1665 Kingsley Avenue, Suite 108<br>Orange Park, FL 32073<br>Telephone number: 904-541-1643 | Bankruptcy Trustee (name and address):<br>Gordon P. Jones<br>P O Box 600459<br>Jacksonville, FL 32260-0459<br>Telephone number: 904-262-7373 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: January 13, 2011                                        Time: 02:30 PM
Location: FIRST FLOOR, 300 North Hogan St. Suite 1-200, Jacksonville, FL 32202

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:**
March 14, 2011

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>300 North Hogan Street Suite 3-350<br>Jacksonville, FL 32202<br>Telephone number: 904-301-6490 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: November 22, 2010 |
| Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701. | |

# Exhibit C

Nassau County, FL Property Appraiser  Page 1 of 2
Case 3:11-ap-00823-JAF   Doc 1   Filed 10/20/11   Page 13 of 14

# NASSAU | Tammy C. Stiles, C.F.A
# Nassau County Property Appraiser

| RECENT SALES IN THIS AREA | RETURN TO MAIN SEARCH PAGE | NASSAU HOME |

| | | | |
|---|---|---|---|
| OWNER NAME | WATKINS JEWEL S L/E | TODAY'S DATE | 10/07/2011 |
| MAILING ADDRESS | GARY STONE WATKINS ET AL (TIC) | PARCEL NUMBER | 00-00-30-042C-000H-0030 |
| | 1186 HICKORY COVE | MILLAGE GROUP | UNINCORPORATED ISLAND (DISTRICT 5) |
| | | TOTAL MILLAGE | 15.6241 |
| | JACKSONVILLE, FL 32221 | PROPERTY USAGE | SINGLE FAMILY |
| LOCATION ADDRESS | 1952 OAK DR , FERNANDINA BEACH 32034 | DEED ACRES | 0 ACRES |
| RECORD CARD | LINK TO 2010 PROPERTY RECORD CARD (PDF) | PARCEL MAP | Parcel Map |
| SHORT LEGAL | BLOCK H LOT 3 L/E IN OR 987/1610 OAK GROVE UNIT 2 PB 2/60 | TAX COLLECTOR SEARCH | Nassau Tax Collector Link |

## 2011 PRELIMINARY TAX ROLL VALUES

| JUST VALUE OF LAND | LAND VALUE AGRICULTURAL | BUILDING VALUE | TOTAL MISC VALUE | JUST OR CLASSIFIED TOTAL VALUE | ASSESSED VALUE | EXEMPT VALUE | TAXABLE VALUE | HOME STEAD |
|---|---|---|---|---|---|---|---|---|
| $27,112.00 | $0.00 | $39,423.00 | $0.00 | $66,535.00 | $34,087.00 | $25,000.00 | $9,087.00 | Y |

## 2010 FINAL CERTIFICATION VALUES

| JUST VALUE OF LAND | LAND VALUE AGRICULTURAL | BUILDING VALUE | TOTAL MISC VALUE | JUST OR CLASSIFIED TOTAL VALUE | ASSESSED VALUE | EXEMPT VALUE | TAXABLE VALUE | HOME STEAD |
|---|---|---|---|---|---|---|---|---|
| $34,704.00 | $0.00 | $35,508.00 | $0.00 | $70,212.00 | $33,583.00 | $25,000.00 | $8,583.00 | Y |

## LAND INFORMATION

| LAND USE | NUMBER OF UNITS | UNIT TYPE | SEC-TWN-RNG |
|---|---|---|---|
| SFR 000100 | 100 | FF | -- |

## BUILDING DATA

| TYPE | TOTAL AREA | HEATED AREA | BED ROOMS | BATHS | PRIMARY EXTERIOR | SECONDARY EXTERIOR | HEATING | COOLING | ACTUAL YEAR BUILT | BUILDING SKETCH |
|---|---|---|---|---|---|---|---|---|---|---|
| SINGLE FAM | 2,065 | 1,480 | 3 | 1 | ASB SIDING | N/A | FORCED AIR | NOT AVAILABLE | 1950 | Building Sketch |

## MISCELLANEOUS DATA

| DESCRIPTION | DIMENSIONS LxW | UNITS | YEAR BUILT |
|---|---|---|---|
| | | | |

## SALES DATA

| SALE DATE | BOOK / PAGE | PRICE | INSTRUMENT | QUALIFICATION | IMPROVED? (AT TIME OF SALE) | GRANTOR | GRANTEE |
|---|---|---|---|---|---|---|---|
| 05/23/2001 | 987 / 1610 | $100.00 | WD | U | Y | WATKINS CLAUDE M & JEWEL S | WATKINS CLAUDE M & JEWEL S L/E |